UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-21616-CIV-HUCK/DUBÉ

RICHARD F. MORLA,
    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Plaintiff's Petitions for Attorney Fees and Costs (D.E. #23, 27) and the Plaintiff's Motion to Strike (D.E. #26). The Honorable Robert L. Dube, United States Magistrate Judge, issued a Report and Recommendation on the motions, filed September 9, 2008 (D.E. #35), recommending that (1) Plaintiff's Petition for Attorneys Fees and Costs (D.E. #27) be granted in part ; (2) Plaintiff's Petition for Attorney Fees and Costs (D.E. #23) be deemed as moot, and (3) Plaintiff's Motion to Strike (D.E. #26) be granted.

Defendant has not filed an objection to the Report and Recommendation. Therefore, Defendant may not challenge the findings of fact contained in the Report and Recommendation on appeal "except for plain error or manifest injustice." *LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988). This Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, this Court agrees with Judge Dube's Report and Recommendation. Accordingly, it is hereby

ORDERED that the Report and Recommendation of Magistrate Judge Dube be ADOPTED and made the Order of the District Court.

DONE in Chambers, Miami, Florida, this 30th day of September, 2008.

_____
 Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge Robert L. Dube
Counsel of Record